UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ELISHA L. MADDOX
P.O. BOX 242246
MONTGOMERY, AL 36124

CASE NO: 09-31622-DHW
Chapter 13

Soc. Sec. No. XXX-XX-0508
Debtor.

## INCOME WITHHOLDING ORDER

TO: SPHERION ATLANTIC WORK LLC
ATTN PAYROLL
2050 SPECTRUM BLVD
FT LAUDERDALE, FL 33309

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that SPHERION ATLANTIC WORK LLC withhold from the wages, earnings, or other income of this debtor the sum of $50.00 WEEKLY and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
09-31622-DHW ELISHA L. MADDOX
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, June 26, 2009 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge